# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILEY, SR., | ) Case No.: 1:11-cv-00866 LJO JLT |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO FILE A |
| | ) COMPLETE APPLICATION TO PROCEED IN |
| v. | ) FORMA PAUPERIS OR PAY FILING FEE |
| | ) WITHIN 30 DAYS |
| THE STATE OF CALIFORNIA, et al, | ) (Doc. 2) |
| Defendants. | ) |

Plaintiff Anthony Wiley, Sr. ("Plaintiff") initiated this action with the filing of his complaint (Doc. 1) and an application to proceeding *in forma pauperis* (Doc. 2), which he filed concurrently on May 27, 2011.

In his application, Plaintiff indicates that he has a house under construction, valued at $100,000 but fails to detail what income is being used to pay for the construction. (Doc. 2 at 2) In addition, Plaintiff reports that be has received money from "Business, profession or other self-employment" within the last 12 months but has failed to report, "each source of money and [to] state the amount received and what you expect you will continue to receive." (Doc. 2 at 1)

The Court notes that Plaintiff admits in his complaint (Doc. 1) that he has been actively engaged in operating a recycling business since at least December 9, 2010 when he obtained his business license.  Also, the Kern County Sheriff Department's investigative report attached to Plaintiff's complaint indicates that Plaintiff's business was paid more than $22,000 by Sierra

Recycling & Demolition since the business license was issued. Thus, Plaintiff's failure to report his full income borders on a duplicitous attempt to mislead this Court.

Accordingly, Plaintiff is ORDERED:

1. To submit a complete amended application to proceed *in forma pauperis*, **signed under penalty of perjury**, within 21 days of the date of service of this order.

    a. In the amended application, Plaintiff SHALL state:

        i. the amount of income he has received within the last 12 months from any business, profession or self employment

        ii. the source of the funds that are being used to construct the $100,000 home.

Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. In the alternative, Plaintiff must pay the filing fee. Failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **June 2, 2011**              /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE